# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN TURLEY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:17cv2010 SNLJ |
| | ) | |
| JANSSEN RESEARCH & ., | ) | |
| DEVELOPMENT LLC, *et al.* | ) | |
| | ) | |
| Defendants, | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on review of the file. This case was filed on September 2, 2015 in the Twenty-Second Judicial Circuit in the City of St. Louis, Missouri. Defendants removed to this Court, and this Court granted plaintiffs' motion to remand. *Turley v. Janssen Research & Development LLC*, Case No. 4:15cv1553, Doc. 25 (E.D. Mo. Dec. 23, 2015). Defendants again removed this case to federal court on July 20, 2017, in the wake of the United States Supreme Court's ruling in *Bristol-Myers Squibb Co. v. Superior Court of California, San Francisco Cty.*,137 S.Ct. 1773 (2017).

However, a case may not be removed to federal court based upon diversity jurisdiction "...more than 1 year after commencement of the action, unless the district court finds that the plaintiff has acted in bad faith in order to prevent a defendant from removing the action." 28 U.S.C. § 1446(c)(1). *See, e.g.*, *Glen Livaudais, v. Johnson & Johnson, et al.*, No. 4:17-CV-1851 SNLJ, 2017 WL 3034701, at *2 (E.D. Mo. July 18, 2017).

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall, no later than August 17, 2017, SHOW CAUSE why this matter should not be remanded to the Circuit Court for the City of St. Louis, Missouri.

Dated this __3rd__ day of August, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE